**Exhibit "2"**

## AGGREGATE ADVANCE LIMIT AMENDMENT
## TO PROMISSORY NOTE AND SECURITY AGREEMENT

IN ACCORDANCE with the Promissory Note and Security Agreement ("Note") between AFC CAL, LLC, a California limited liability corporation ("LENDER") and the undersigned, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit as defined in the Note shall be Two Hundred Thousand Dollars ($200,000).

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the Nineteenth day of January, 2011.

| Dealership: RICHARD KHRAICH DBA: GUARANTEED AUTO | Unconditional Guarantor: | AFC CAL, LLC ("LENDER") |
|---|---|---|
| By: _____, owner<br>RICHARD KHRAICH, OWNER | By: _____<br>RICHARD KHRAICH | By: _____<br>An AFC CAL, LLC Officer<br>To be executed at AFC CAL, LLC corporate office |
| By: | By: | |
| By: | By: | |
| By: | By: | Dealer #: ■0045<br>Contract #: ■5886<br>Branch #: 104 |

STATE OF __Ca__, COUNTY OF __Riverside__

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, execution of the foregoing Unconditional and Continuing Guaranty this _19th_ of ___Jan___, _2011_. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_____
(Notary Public Signature)

___J. Pullen___
(Printed Name)

My Commission Expires: __8/19/14__

My County of Residence: __Riverside__

Loans made pursuant to a California Finance Lender's License

Page 1 of 1

AFC CAL Rev. 12/5/08

JACLYN ANNE PULLEN
COMM. #1900295
Notary Public - California
Riverside County
My Comm. Expires Aug 19, 2014

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN ... RTS CORP, AS AGENT.

Exhibit 2

## AGGREGATE ADVANCE LIMIT AMENDMENT
## TO PROMISSORY NOTE AND SECURITY AGREEMENT

IN ACCORDANCE with the Promissory Note and Security Agreement ("Note") between AFC CAL, LLC, a California limited liability corporation ("LENDER") and the undersigned, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit as defined in the Note shall be Three Hundred Thousand Dollars ($300000).

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the Twenty-Fourth day of June, 2011.

| Dealership: RICHARD KHRAICH DBA: GUARANTEED AUTO | Unconditional Guarantor: | AFC CAL, LLC ("LENDER") |
|---|---|---|
| By: _____, Owner<br>RICHARD KHRAICH, OWNER | By: _____<br>RICHARD KHRAICH | By: _____<br>An AFC CAL, LLC Officer<br>To be executed at AFC CAL, LLC corporate office |
| By: | By: | |
| By: | By: | |
| By: | By: | Dealer #: ■0045<br>Contract #: ■5886<br>Branch #: 104 |

STATE OF ___Ca___, COUNTY OF ___Riverside___

Before me the undersigned, a Notary Public in and for the said County and State, personally appeared the above-referred individual(s) who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, execution of the foregoing Unconditional and Continuing Guaranty this __24__ of __June__, __2011__, I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_____ (Notary Public Signature)    My Commission Expires: __8/19/2014__

__Leonard Barbosa__ (Printed Name)    My County of Residence: __Riverside__

LEONARD A. BARBOSA
COMM. #1900276
Notary Public · California
Riverside County
My Comm. Expires Aug. 19, 2014

Loans made pursuant to a California Finance Lender's License

AFC CAL Rev. 12/5/08    Page 1 of 1

THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

## U.S. CALIFORNIA AGGREGATE ADVANCE LIMIT AMENDMENT
## TO DEMAND PROMISSORY NOTE AND SECURITY AGREEMENT

Dealer: RICHARD KHRAICH DBA: GUARANTEED AUTO

Dealer #: ███0045        Date of Original Note: August 17, 2010

Contract Id #: ████6262        Branch #: 1104

IN ACCORDANCE with the Demand Promissory Note and Security Agreement ("Note") between AFC Cal, LLC, a California limited liability company ("LENDER") and the undersigned Dealer, said Note incorporated herein by reference, and in consideration of credit and/or services given or to be given to the undersigned by LENDER under the Note, the undersigned and LENDER expressly agree as follows:

1) The Aggregate Advance Limit as defined in the Note shall be <u>Five Hundred Thousand Dollars</u> (<u>$500000</u>).

2) The Unconditional Guarantor(s), hereinafter collectively referred to as "Guarantor", reaffirms the terms and obligations of Guarantor's Unconditional Guaranty with respect to the Note, including but not limited to the increase in the Aggregate Advance Limit as set out above.

Executed by the undersigned duly authorized representatives effective as of the Eighth day of August, 2014.

| Dealership: RICHARD KHRAICH DBA: GUARANTEED AUTO<br><br>By: _____ owner<br>RICHARD KHRAICH, OWNER | AFC CAL, LLC ("LENDER")<br><br>By: _____<br>An Officer of LENDER |
|---|---|

[Signatures on next page]

Page 1 of 2

Line Amend. AFC CAL Rev.01/31/13
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

| Guarantor: |
|---|
| *[signature]* |
| RICHARD KHRAICH |

ACKNOWLEDGMENT

State of California

County of RIVERSIDE

On 08/08/2014 before me, M. DE LA TORRE, NOTARY PUBLIC (insert name and title of the officer)

personally appeared RICHARD KHRAICH, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*[signature]*
(Notary Public Signature)                                    (Seal)

M. DE LA TORRE
(Printed Name)

M. DE LA TORRE
COMM. #2069406
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
MY COMM. EXP. MAY 26, 2018

Loans made pursuant to a California Finance Lender's License

Line Amend. AFC CAL Rev.01/31/13
Page 2 of 2
THIS RECEIVABLE HAS BEEN SOLD TO AFC FUNDING CORPORATION AND AN INTEREST THEREIN HAS BEEN GRANTED TO BMO CAPITAL MARKETS CORP. AS AGENT.

**Exhibit "3"**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
SHERRY RAINES
317-843-4770

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Automotive Finance Corporation
13085 Hamilton Crossing Blvd, Suite 300
Carmel, IN 46032
USA

DOCUMENT NUMBER: 20027660002
FILING NUMBER: 10-7242159702
FILING DATE: 08/19/2010 09:52
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR 1b. INDIVIDUAL'S LAST NAME: KHRAICH | FIRST NAME: RICHARD | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: 7973 INDIANA AVE | CITY: RIVERSIDE | STATE: CA | POSTAL CODE: 92504 | COUNTRY: USA

1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME: GUARANTEED AUTO

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS: 7973 INDIANA AVE | CITY: RIVERSIDE | STATE: CA | POSTAL CODE: 92504 | COUNTRY: USA

2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION: SOLE PROP | 2f. JURISDICTION OF ORGANIZATION: CA | 2g. ORGANIZATIONAL ID#, if any ☒ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: AUTOMOTIVE FINANCE CORPORATION

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS: WWW.AFCDEALER.COM, 13085 HAMILTON CROSSING BLVD SUITE 300 | CITY: CARMEL | STATE: IN | POSTAL CODE: 46032 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:
All presently held or hereafter acquired or held inventory, equipment, accounts, chattel paper, and general intangibles. All Additions, accessions, accessories, replacements and proceed of the foregoing.

5. ALT DESIGNATION: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA
360045MB

FILING OFFICE COPY

Exhibit 3

**Exhibit "4"**

Case 6:15-ap-01108-SC    Doc 1-2    Filed 03/30/15    Entered 03/30/15 13:12:26    Desc
Exhibit 2-6    Page 9 of 13

GUARANTEED AUTO - ▓0045
3/27/2015

| VIN or ID | Stock # | Year | Model | Make | Total Due |
|---|---|---|---|---|---|
| 3FAHP0JA3BR258222 | 898 | 2011 | FUSION | FORD | $ 13,026.79 |
| 1ZVBP8CH5A5160784 | 902 | 2010 | MUSTANG | FORD | $ 18,294.40 |
| 3D7KR28C35G727764 | 905 | 2005 | RAM 2500 | DODGE | $ 10,876.62 |
| WBAVC53537FZ78417 | 931 | 2007 | 3-SERIES | BMW | $ 11,312.19 |
| WBAVC53578FZ87056 | 935 | 2008 | 3-SERIES | BMW | $ 12,438.28 |
| 1FTFX1CTXCKD38872 | 944 | 2012 | F150 | FORD | $ 26,322.49 |
| 2G1WG5EK8B1188831 | 945 | 2011 | IMPALA | CHEVROLET | $ 11,002.28 |
| 1FMNU43S93EB44308 | 946 | 2003 | EXCURSION | FORD | $ 12,685.25 |
| 3N1BC1AP7BL470942 | 957 | 2011 | VERSA | NISSAN | $ 8,908.03 |
| 1FTSE34L46DA61062 | 960 | 2006 | E350 VANS | FORD | $ 8,760.57 |
| WBAGN63564DS53703 | 962 | 2004 | 7-SERIES | BMW | $ 9,260.85 |
| WBAVB33536KR76681 | 963 | 2006 | 3-SERIES | BMW | $ 11,780.42 |
| 1FTWW31P75ED23784 | 964 | 2005 | F350 | FORD | $ 15,904.61 |
| 3N1BC1CP3BL458994 | 968 | 2011 | VERSA | NISSAN | $ 10,465.83 |
| | | | | | $ 181,038.61 |

Exhibit 4

**Exhibit "5"**

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER (DISMANTLER ONLY)

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| 3GYFNAEYXA5558622 | 2010 SRX | Cadillac | | |

### SECTION 2 — BILL OF SALE

I/We __Ally Financial__ sell, transfer, and deliver the above vehicle/vessel
to __Guaranteed Auto__ on __11/14/2013__ for the amount of $ __22,000__ (SELLING PRICE)

gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.)  $ _____ (GIFT VALUE)

360045-771
GUARANTEED AUTO
RIVERSIDE
3GYFNAEYXA5558622 B

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mileage is Altered or Erased)

...d State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing ...atement may result in fines and/or imprisonment.

...meter now reads __31,105__ (no tenths) miles, and to the best of my knowledge ...e ACTUAL mileage unless one of the following statements is checked.

**WARNING—ODOMETER DISCREPANCY**

☐ ...meter reading is NOT the actual mileage          ☐ Mileage EXCEEDS the odometer mechanical limits

Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

#### BUYER'S SECTION

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Guaranteed Auto | X _(signed)_ | 11/14/13 | |
| | X | | |
| | X | | |

| BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| | | | | |

#### SELLER'S SECTION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Ally Financial | X _(signed)_ | 11/14/13 | |
| | X | | |
| | X | | |

| SELLER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| | | | | |

### SECTION 5 — POWER OF ATTORNEY

I/We _____ (PRINT NAME(S)) appoint _____ (PRINT NAME(S))
as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | |
| X | |

REG 262 (REV. 10/2011)

**Exhibit 5**

# Exhibit "6"

# Sale Contract

**ADESA Los Angeles**
11625 Nitro Way
Mira Loma, CA 91752
(951) 361-9400
License: 61247

Sale/Lot #: W650   Sale Date: 11/08/2013
Stock #: 772124
VIN: 3GYFNAEYXAS558622
2010 CADILLAC SRX, BLACK
Series: LUXURY    Body Style: UTILITY
Odometer: 60,505 Miles
License Plate Number: 6KHX491
Title: CA +
Account #:
Category: OL
☐ Certificate of Origin Indicator
In Service Date: 12/31/2009
Client Unit ID: 61915090087
Certification:

**Auction Lights**
☐ Green Light - Ride and Drive
☑ Red Light - As Is
☐ White Light - Auction Guarantee
☑ Yellow Light - Caution
☐ Blue Light - Title Attached

**Announcements**
Frame/Unibody Damage
AS IS NO ARB
BAD WATER PUMP
COOLANT MIXED WITH OIL
ENGINE SLUDGE
RUNS???
DMV$0

*cale dealer bought it*



**Seller:** Ally Financial
Ally Financial
200 Renaissance Center
Detroit, MI 48265-2000

Selling Representative - Tarek Elkayat — *our draw 36,0045-771*

**Buyer:** GUARANTEED AUTO
7973 INDIANA
RIVERSIDE, CA 92504
Phone:
License: CA-47078

Buying Representative - RICHARD KHRAICH

| | | | |
|---|---|---|---|
| Sale Price: | $13,600.00 | Body: | $0.00 |
| Seller Fee: | ($84.00) | Other: | ($10.00) |
| Trans: | $0.00 | Sublet: | $0.00 |
| Recon: | ($77.00) | Admin: | $0.00 |
| Mech: | $0.00 | Sale: | $0.00 |
| | | Sales Tax | |
| | | **Total:** | **$13,429.00** |

Auctioneer:  *amount drawn pd by* 
Auctioneer - Tobias Hirchag     *EFT to auction on 11/8/2014*

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, Ally Financial _____ state that the
   Seller's name
odometer (of the vehicle described below) now reads  60,505
(no tenths) Miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
   WARNING — ODOMETER DISCREPANCY.

**VEHICLE INFORMATION**
MAKE: CADILLAC    MODEL: SRX
VIN: 3GYFNAEYXAS558622    YEAR: 2010
COLOR: BLACK    BODY: 4 door

**SELLER INFORMATION**
NAME: Ally Financial
ADDRESS: 200 Renaissance Center
CITY: Detroit    STATE: MI    ZIP: 48265-2000
                              DATE 11/08/2013
SIGNATURE _____
Selling Representative - Tarek Elkayat    DATE 11/08/2013
PRINTED NAME OF PERSON SIGNING

**BUYER INFORMATION**
NAME: GUARANTEED AUTO
ADDRESS: 7973 INDIANA
CITY: RIVERSIDE    STATE: CA    ZIP: 92504
                              DATE 11/08/2013
SIGNATURE _____
Buying Representative - RICHARD KHRAICH    DATE 11/08/2013
PRINTED NAME OF PERSON SIGNING

Buyer and Seller agree that the vehicle described herein is bought and sold subject to the Auction Terms and Conditions communicated to Buyer and Seller (or their Authorized Representatives) in writing via hand delivery, delivery by United States mail, posted on the auction premises, and/or as posted on OPENLANE.com and ADESA.com and such Auction Terms and Conditions are incorporated herein by reference. State and Local Tax has been included in the total fee amount where applicable.
**PLEASE REVIEW THE AUCTION TERMS AND CONDITIONS CAREFULLY FOR IMPORTANT INFORMATION ON ARBITRATION GUIDELINES FOR THIS VEHICLE, INCLUDING ARBITRATION PERIOD AND ELIGIBLE CLAIMS.**
All sales, use and other taxes and fees imposed upon or in connection with the sale, purchase, licensing, titling and/or registration of the Vehicle(s) shall be the responsibility of the Purchaser and Purchaser shall either pay the same directly (if permitted by applicable law) or Reimburse Seller upon demand if Seller is required to pay the same. Title to the Vehicle will not pass to Buyer until all amounts owing are received in good funds. Buyer agrees that Auction Company maintains a security interest in this vehicle until paid for with collected funds. Attention Dealers: As a party to this sale contract/bill of sale you are representing that your dealership is properly licensed to engage in transactions for this type of vehicle in the state/province at the time of purchase.

Reprinted: 11/24/2014 10:47 am

**Exhibit 6**